UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| PLAISE E. SPANGLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-CV-00020-JRG-SKL |
| KEVIN ESCHETTE et al., | ) ) | |
| Defendants. | ) ) | |

## JUDGMENT ORDER

For the reasons expressed in the Memorandum and Order filed this day, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal taken from this decision would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                    s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk